Timothy P. Darling #105572
(full name/prisoner number)
C.A.P.P. 15505 S. Pleasant Valley Rd.
Kuna, Idaho 83634
(complete mailing address)
Plaintiff/Petitioner

U.S. COURTS
MAR 11 2019
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Timothy P. Darling,
(full name)
            Plaintiff/Petitioner,

v.

Canyon County Jail &
Nampa City, ID

            Defendant/Respondent.

(if you need additional space, use a blank page for a continuation page)

Case No. 1:19-CV-85-REB
(to be assigned by Court)

PRISONER APPLICATION TO
PROCEED IN FORMA PAUPERIS

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes ○ No ●. If employed, please state your job title and the total amount of wages you make per month.

   _____    $_____ per month
   Job Title

2. Within the past six (6) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?          Yes ○ No ●
   b. Rent payments, interest or dividends?                Yes ○ No ●

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 1          (Rev. 10/24/2011)

c.  Pensions, annuities, or life insurance payments?   Yes ◯   No ●
d.  Welfare, social security, or disability benefits?   Yes ◯   No ●
e   Gifts or inheritances?                             Yes ◯   No ●
f.  Friends or family?                                 Yes ●   No ◯
g.  Any other sources? _____          Yes ◯   No ●
            (identify source)

3. If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (six) months. _Borrowed from Mother_

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

   Yes ◯     No ●  . If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support.

   Person _None_  Relationship _____   Due Each Month
                                        $ _____
                                        $ _____

6. I have attached a Prison Trust Account Statement to this Form. Yes ●   No ◯ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _20_ day of _February_, _2019_.

_[signature]_
Plaintiff/Petitioner

Notes: *You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 2          (Rev. 10/24/2011)